UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                    :

VICTOR LOPEZ,                                             :

                       Plaintiff,              :
                                                                 :         22-CV-69 (VSB)
                   -against-             :
                                                                 :             **ORDER**

M.MALIUGINA STORE LLC,           :

                     Defendant.           :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on January 4, 2022. (Doc. 1.) On January 26, 2022, Plaintiff filed an affidavit of service indicating that Defendant was served on January 14, 2022, which meant that Defendant's answer was due on February 4, 2022. (Doc. 6.) Defendant appeared on February 4, 2022. (Doc. 7.) On February 7, 2022, and again on March 7, 2022, I granted Defendant's requests to extend its time to respond to the complaint. (Docs. 9, 11.) This last extension rendered Defendant's answer due on April 6, 2022. (Doc. 11.) In spite of these extensions, Defendant has not answered the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 27, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   April 13, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge